OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26
02 1W
0001401603 MAY 23 2016

**5/20/2016**
**THORN, TRACY LEE**          Tr. Ct. No. CR31220          **COA No. 09-15-00340-CR**
                                                          **PD-0520-16**
The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

RTS/ Refused
ANK

TRACY LEE THORN  2013155
                 155
              ROAD